UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HECKLER & KOCH, INC., <br><br>  Plaintiff, <br><br>  v. <br><br> PRECISION AIRSOFT, LLC, <br><br>  Defendants. | No. CV-10-0078-EFS <br><br> **ORDER DISMISSING ACTION AND CLOSING FILE** |

The parties filed a Stipulated Voluntary Dismissal. (ECF No. 89.) Accordingly, **IT IS HEREBY ORDERED**:

1. This action is **DISMISSED with prejudice** and without fees or cost to either party.

2. All pending motions are **DENIED as MOOT**.

3. All hearing dates are **STRICKEN**.

4. This file is **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this  28th  day of December 2010.

                     s/Edward F. Shea
                    EDWARD F. SHEA
              UNITED STATES DISTRICT JUDGE

Q:\Civil\2010\0078.close.file.frm

ORDER CLOSING FILE - 1